IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC JAMMOND TAYLOR,<br>Petitioner, | § § § | |
| v. | § | C.A. NO. C-06-390 |
| | § § | |
| NATHANIEL QUARTERMAN,<br>Respondent. | § § | |

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

This is a petition for writ of habeas corpus filed by a state prisoner pursuant to 28 U.S.C. § 2254. Pending is petitioner's motion for an enlargement of time to file objections to a memorandum and recommendation. (D.E. 10). Specifically, he seeks an extension to file such objections by Wednesday, January 10, 2007. Id. at 2.

Accordingly, the petitioner's motion for an enlargement of time to file objections to a memorandum and recommendation, (D.E. 10), is hereby GRANTED.

ORDERED this 3rd day of January 2007.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE